## In the Matter of The Libel and Petition of O'BRIEN BROTHERS, Inc., as Owner of the Derrick Lighter Trenton for Exoneration From or Limitation of Liability; The City of New York, Claimant-Appellant.

No. 215.

Circuit Court of Appeals, Second Circuit.

Feb. 6, 1939.

William C. Chanler, Corp. Counsel, of New York City (Willard M. L. Robinson, of Brooklyn, N. Y., and John T. Condon, of New York City, of counsel), for appellant.

Foley & Martin, of New York City (James A. Martin and Christopher E. Heckman, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree, 22 F.Supp. 833, affirmed.

■

## Arthur E. OTTO, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 4405.

Circuit Court of Appeals, Fourth Circuit.

Jan. 12, 1939.

Charles D. Hayes, of Washington, D. C., for petitioner.

James W. Morris, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and

J. P. Wenchel, Chief Counsel, and John M. Morawski, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

On the joint motion of the parties the cause is remanded to the United States Board of Tax Appeals, with authority to make such order upon the stipulation of counsel as may be proper in the premises. Order filed.

■

## PACIFIC MUTUAL LIFE INSURANCE COMPANY OF CALIFORNIA v. James Clelland MAHON, Jr.

No. 7792.

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1939.

Bruce & Bullitt, of Louisville, Ky., for appellant.

Crawford, Middleton, Milner & Seelbach, of Louisville, Ky., for appellee.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

By agreement between the appellant, Pacific Mutual Life Insurance Company of California, and the appellee, James Clelland Mahon, Jr., the judgment herein is vacated and this case is dismissed from the docket.